Lloyd MILLS, Appellant,

v.

The STATE of Texas, Appellee.

No. 29373.

Court of Criminal Appeals of Texas.

Dec. 18, 1957.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

**890**

MORRISON, Presiding Judge.

The offense is misdemeanor theft; the punishment, one year in jail and a fine of $100.

No statement of facts or formal bills of exception accompanies the record.

In view of the absence of a statement of facts, we are unable to pass upon the objections to the court's charge contained in the transcript. Williams v. State, Tex.Crim. App., 297 S.W.2d 169.

All proceedings appear to be regular, and nothing is presented for review. The judgment is affirmed.